**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6347**

---

JAMES A. BUTLER,

Plaintiff - Appellant,

versus

RAYMOND H. HITE,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-96-67-2)

---

Submitted:  August 15, 1996      Decided:  August 20, 1996

---

Before MURNAGHAN and ERVIN, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

James A. Butler, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for an extension of time to file a motion pursuant to Fed. R. Civ. P. 59 or an appeal from the district court's order remanding the underlying case to state court. We have reviewed the record and the district court's opinion and find no abuse of discretion. Accordingly, we deny Appellant's motion for leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. Butler v. Hite, No. CA-96-67-2 (E.D. Va. Feb. 28, 1996). To the extent that Appellant attempts to appeal from the remand order, the order is not appealable. 28 U.S.C. § 1447(d) (1988). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED